UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
 :
DANIEL SANCHEZ, :
 :
           Plaintiff, :    10 Civ. 4896 (KNF)
 :
   -against- :    STIPULATION AND
 :    ORDER OF DISMISSAL
HORSESHOES NY INC., et. al., :
 :
          Defendants. :
------------------------------------X

It having been reported to this Court that the above entitled action has been settled,

It is, on this 3rd day of March, 2011

ORDERED that the above captioned matter be, and the same hereby is, discontinued with prejudice and without costs provided that within thirty (30) days of the date of this Order, the action may be reinstated for good cause shown.

Dated:  New York, New York
       March 2, 2011

CONSENTED TO:

Virginia & Ambinder LLP

_____
By: Lloyd Ambinder, Esq.
Attorney for Plaintiff
Daniel Sanchez


Dated:  New York, New York
       March 3, 2011

Mitchel Sundel, Esq.

_____
By: Mitchel Scott Sundel, Esq.
Attorney for Defendants
Horseshoes Inc, et. al.


SO ORDERED:

_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge